UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03334-JAM-CSK |
| | No. 2:24-cv-03335-JAM-CSK |
| | No. 2:24-cv-03355-JAM-CSK |
| | No. 2:24-cv-03470-JAM-CSK |
| | No. 2:24-cv-03474-JAM-CSK |
| | No. 2:24-cv-03480-JAM-CSK |
| | No. 2:24-cv-03484-JAM-CSK |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the Court for
3  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)
5       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.
7       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03334, 2:24-cv-03335, 2:24-cv-
8  03355, 2:24-cv-03470, 2:24-cv-03474, 2:24-cv-03480 and 2:24-cv-03484 are **DISMISSED**; the
9  Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: December 23, 2024            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE